UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 19-01496-JGB (SHK) | Date: | September 30, 2019 |
|---|---|---|---|

Title: *Andrea Armstead v. Andrew M. Saul*

Present: The Honorable Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE AND ORDER SUBSTITUTING RESPONDENT

On August 12, 2019, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No. 1"). On August 16, 2019, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the CMO. ECF No. 5, CMO. Thus, Plaintiff's proofs of service were due on September 15, 2019. The CMO warned Plaintiff that failure to comply may result in the case being dismissed. Id. To date, the proof of service has not been filed with the Court.

Accordingly, no later than **October 14, 2019,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proof of service by October 14, 2019 shall be deemed compliant with this Order to Show Cause.

Further, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul, Commissioner of the Social Security Administration, is substituted as the proper defendant in this action. See Fed. R. Civ. P. 25(d).

**IT IS SO ORDERED**