UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.   5:19-cv-01496-JGB (SHK)                              Date: May 18, 2020

Title:   *Andrea Armstead v. Andrew M. Saul*

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**   FINAL ORDER TO SHOW CAUSE

      On August 12, 2019, Plaintiff Andrea Armstead ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant"). Electronic Case Filing Number ("ECF No.") 1, Compl. On August 16, 2019, the Court issued its Case Management Order ("CMO") in which the Court set the litigation deadlines for the parties. ECF No. 6, CMO. Plaintiff has now missed two filing deadlines in this case and has twice been ordered to show cause ("OSC") why this case should not be dismissed for failure to prosecute and follow Court orders. See ECF Nos. 8, 17 OSCs.

      In the Court's most recent OSC, issued on May 1, 2020, the Court noted that "pursuant to the CMO, Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint ("Memorandum") within thirty-five days of Defendant filing its Answer[,]" which was on April 22, 2020. ECF No. 17, OSC at 1 (citing ECF No. 6, CMO at 2). The Court observed that as of the date of the OSC, "Plaintiff ha[d] not filed her Memorandum." Id. The Court ordered Plaintiff to show cause "by no later than May 14, 2020, why this case should not be dismissed for repeatedly failing to prosecute and follow Court orders." Id. (emphasis from original removed). Plaintiff was ordered to either file her Memorandum by May 14, 2020, or explain in writing why she could not file her memorandum by the new deadline and seek leave from the Court for an extension of time to do so. Id. Plaintiff was "warned that failure to perform either option stated above may result in the dismissal of this action." Id. Plaintiff has failed to timely perform either option.

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, **<u>one final time</u>**, by no later than **May 26, 2020,** why this case should not be dismissed for repeatedly failing to prosecute and follow Court orders.

      Plaintiff may satisfy this final OSC by (1) filing her Memorandum by **May 26, 2020**, or (2) explaining in writing why she cannot file her Memorandum by the above deadline and seeking leave from the Court for an extension of time to do so.  Because "the parties [we]re strongly encouraged to seek relief from the timing provisions of th[e] [CMO] in advance of any deadlines," <u>see</u> ECF No. 6, CMO at 2, and because Plaintiff has now missed three filing deadlines in this case, Plaintiff is warned failure to perform either option stated above **<u>will</u>** result in the dismissal of this action.  Plaintiff is further advised that because the instant filing deadline of May 26, 2020, is more than one month past the original CMO deadline of April 22, 2020, further extensions of time will be granted only for <u>extremely</u> good cause shown.

      **IT IS SO ORDERED.**