JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 5:19-cv-01496-JGB-SHK<br><br>JUDGMENT |

  Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: June 9, 2020

_____
HONORABLE JESUS G. BERNAL
United States District Judge